## United States District Court for the Northern District of Illinois

Case Number: 08CV3424  Assigned/Issued By: DAJ

Judge Name:  Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:* ☐ $350.00  ☐ $39.00  ☐ $5.00

☐ IFP  ☐ No Fee  ☐ Other _____

☐ $455.00

Number of Service Copies _____  Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____  Receipt #: _____

Date Payment Rec'd: _____  Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons  ☐ Alias Summons

☐ Third Party Summons  ☐ Lis Pendens

☐ Non Wage Garnishment Summons  ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons  _____

☐ Citation to Discover Assets  (Victim, Against and $ Amount)

☐ Writ _____
    (Type of Writ)

__2__ Original and __2__ copies on __06/16/08__ as to __DEF'S._____
                                        (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05