AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

John McQuinn

CASE NUMBER: 08 cv 3424

V.

ASSIGNED JUDGE: Ronald A. Guzman

County of Cook,
Cook County Sheriff's
Police Department

DESIGNATED
MAGISTRATE JUDGE: Nan R. Nolan

TO: (Name and address of Defendant)

County of Cook
c/o Todd Stroger
118 North Clark St., Room 537
Chicago, IL 60602

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Margaret Angelucci/Ryan A. Hagerty
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK



June 16, 2008

Date

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 19, 2008 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Montrell Cooley | Messenger (Process Server) |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

    69 West Washington Street – Suite 500, Chicago, Illinois 60602

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0 | $0 | $0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 20, 2008     *[signature: Montrell Cooley]*
            Date                Signature of Server

              200 W. Jackson Blvd. –Suite 1900
              Chicago, IL 60606
              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.