AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

John McQuinn

V.

County of Cook,
Cook County Sheriff's
Police Department

CASE NUMBER:  08 cv 3424

ASSIGNED JUDGE:  Ronald A. Guzman

DESIGNATED
MAGISTRATE JUDGE:  Nan R. Nolan

TO: (Name and address of Defendant)

Cook County Sheriff's Department
c/o Thomas Dart
50 W. Washington Street
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Margaret Angelucci/Ryan A. Hagerty
**ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.**
**200 West Jackson Boulevard**
**Suite 1900**
**Chicago, Illinois 60606**
(312) 263-1500

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

-------------------------------
(By) DEPUTY CLERK

**June 16, 2008**
-------------------------------
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | June 19, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Montrell Cooley | Messenger (Process Server) |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

      50 West Washington Street – Chicago, Illinois 60602

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0 | $0 | $0 |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     June 20, 2008      *Montrell Cooley*

               Date               *Signature of Server*

               200 W. Jackson Blvd. –Suite 1900
               Chicago, IL 60606
                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.