UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN MCQUINN,<br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF COOK, et al. | )<br>)<br>)<br>)　Case No.  08 C 3424<br>)<br>)　Honorable Ronald A. Guzman<br>) |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME FOR
### FILING ANSWER OR TO OTHERWISE PLEAD

Defendants Cook County and Cook County Sheriff, by their attorney Richard A. Devine, Cook County State's Attorney, through his Assistant Gregory Vaci, hereby move this Honorable Court to grant an extension of time for Defendants to file their Answer to Plaintiff's Complaint, to August 13, 2008 at which time this matter is set for status before this Court. In support of this motion, Defendants state the following:

1. The Court's order in this matter indicates that Defendants are to file an Answer to Plaintiff's Complaint by July 9, 2008.

2. The Complaint filed by Plaintiff in this matter consists of two counts of "class of one" equal protection claims under state and federal law.

3. Counsel for Defendants has had several conversations with Plaintiff's counsel regarding the impact of United States Supreme Court case *Engquist v. Oregon Dept. of Agriculture*, 2008 U.S. LEXIS 4705;76 U.S.L.W. 4367 (2008) on the viability of the claims alleged in this matter.

4. Counsel for Plaintiff is still in the process of determining how Plaintiff will proceed with respect to this matter.

5. This request for extension is not made for any dilatory purpose, but is being made because counsel believes in good faith that the matter may be resolved by the parties prior to the

date of August 13, 2008.

Wherefore, Defendants respectfully request an extension to answer the complaint or otherwise plead, to the date of August 13, 2008 at which time this matter is set for status before this Court, or in the alternative, any extension of time that the Court may deem appropriate.

Respectfully submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By:   S/Gregory Vaci ARDC # 6204697
      Assistant State's Attorney
      500 Richard J. Daley Center
      Chicago, Illinois 60602
      (312) 603-3369