UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN MCQUINN,<br>    Plaintiff,<br><br>v.<br><br>COUNTY OF COOK, et al. | )<br>)<br>)<br>)  Case No.  08 C 3424<br>)<br>)  Honorable Ronald A. Guzman<br>) |

## NOTICE OF MOTION

To:   Ms. Margaret Angelucci
      Asher, Gittler, Greenfield, & D'Alba, Ltd.
      200 West Jackson Boulevard
      Suite 1900
      Chicago, IL 60606

**PLEASE TAKE NOTICE** that on **July 15, 2008 at 9:30 a.m.**, or as soon after as counsel may be heard, I shall appear before the Honorable Judge Guzman, or any judge sitting in his stead at the U.S. Courthouse, 219 South Dearborn, Chicago Illinois, and present for hearing the attached motion, a copy having been served upon you.

                                        RICHARD A. DEVINE
                                        State's Attorney of Cook County

                        By:    /S/ Gregory Vaci 6204697
                               Assistant State's Attorney
                               500 Richard J. Daley Center
                               Chicago, Illinois 60602
                               [312] 603 - 3369

## CERTIFICATE OF SERVICE

I, Gregory Vaci, Assistant State's Attorney, hereby certify that I tendered an exact copy of the above notice, together with the documents referenced therein, by electronic filing with the Clerk of the District Court on July 9, 2008.

                                              /S/ Gregory Vaci