UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| John McQuinn, ) | |
| ) | |
| Plaintiff, ) | Case Number: 08 CV 3424 |
| ) | |
| ) | Judge Guzman |
| v. ) | |
| ) | Magistrate Nolan |
| County of Cook, Cook County Sheriff's Police ) | |
| Department, ) | |
| ) | |
| Defendant. ) | |

## VOLUNTARY DISMISSAL

COMES NOW Plaintiff, John McQuinn, by and through his attorneys, Margaret Angelucci and Ryan Hagerty of Asher Gittler, Greenfield & D'Alba, Ltd., hereby moves that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this matter be dismissed, without costs or attorneys' fees assessed against any party.

**WHEREFORE,** Plaintiff John McQuinn respectfully requests that this Court enter an Order granting his request for Voluntary Dismissal.

Respectfully submitted,

/s/Margaret Angelucci
Margaret Angelucci
Ryan Hagerty
ASHER, GITTLER, GREENFIELD,
 & D'ALBA, LTD.
200 West Jackson, Suite 1900
Chicago, Illinois 60606
312/263-1500