UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| John McQuinn, ) | |
| ) | |
| Plaintiff, ) | Case Number: 08 CV 3424 |
| ) | |
| ) | Judge Guzman |
| v. ) | |
| ) | Magistrate Nolan |
| County of Cook, Cook County Sheriff's Police ) | |
| Department, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF FILING

To:  Gregory E. Vaci
     ASA Cook County State's Attorney
     500 Richard J. Daley Center
     Chicago, IL 60602

**PLEASE TAKE NOTICE** that on the 21st day of July, 2008, I filed with the U.S. District Court, Northern District of Illinois, Eastern Division, **Plaintiff, John McQuinn's Voluntary Dismissal**, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

/s/Margaret Angelucci
Margaret Angelucci
Ryan Hagerty
ASHER, GITTLER, GREENFIELD,
    & D'ALBA, LTD.
200 West Jackson, Suite 1900
Chicago, Illinois 60606
312/263-1500

## CERTIFICATE OF SERVICE

      I, Margaret Angelucci, certify that I served the attached **Plaintiff, John McQuinn's Voluntary Dismissal,** on the following individual(s) electronically, pursuant to ECF as to Filing Users and Counsel shall comply with LR 5.5. as to any party who is not a Filing User or represented by a Filing User.

Dated: July 21, 2008

To:    Gregory E. Vaci
         ASA Cook County State's Attorney
         500 Richard J. Daley Center
         Chicago, IL 60602

                                            /s/Margaret Angelucci
                                            Margaret Angelucci
                                            Attorney Bar No.: 06224392
                                            Ryan A. Hagerty
                                            Attorney Bar No.: 06275065
                                            Attorneys for Plaintiff, John McQuinn
                                            Email: maa@ulaw.com
                                            Asher, Gittler, Greenfield & D'Alba, Ltd.
                                            200 West Jackson Boulevard, Suite 1900
                                            Chicago, Illinois 60606
                                            Ph. (312) 263-1500 /Fax (312) 263-1520